```
1  STEVEN J. WASSERMAN
   Attorney At Law
2  California Bar No. 73073
   55 Shaver Street, Suite 240
3  San Rafael, CA  94901

4  Telephone (415) 457-4777
   Facsimile (415) 457-4690
5

6  Attorney for Plaintiff
   Margarita Almendares
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ALMENDARES, | Case No.: 3:14-CV-1535-LB |
| Plaintiff, | STIPULATION TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER (JURY) |
| vs. | |
| MACY'S WEST STORES, INC. et. al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

IT IS HEREBY STIPULATED by and among the parties hereto that the **CASE MANAGEMENT AND PRE-TRIAL ORDER (JURY)** filed July 25, 2014 be amended as follows:

1. Paragraph **III. DISCOVERY PROCEDURE** B. shall be deleted and the following put in its place:

"B.  Each side shall be limited to ten depositions and fifty (50) interrogatories (excluding California State Judicial Council Form Interrogatories), as per agreement among the

[GRANTED — Judge Laurel Beeler, United States District Court, Northern District of California]

STIPULATION TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER (JURY)
3:14-CV-1535-LB                                                                 1

parties hereto, subject to further Court Order."

DATED: 9/17/14

STEVEN J. WASSERMAN
Attorney for Plaintiff

DATED: 9/17/14

MATATHEW NOEL
Attorney for Defendant/
Cross-Complainant Macy's
West Stores, Inc.

DATED: 9/17/14

CHAD D. GREESON
Attorney for Defendant/
Cross-Defendant Schindler
Elevator Corporation