| | |
|---|---|
| 1 | Nandor B. Krause (Bar No. 148718) |
|   | nkrause@archernorris.com |
| 2 | Chad D. Greeson (Bar No. 251928) |
|   | cgreeson@archernorris.com |
| 3 | ARCHER NORRIS |
|   | 2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA  94596-3759 |
|   | Telephone:     925.930.6600 |
| 5 | Facsimile:      925.930.6620 |
| 6 | Attorneys for Defendant/Cross-defendant |
|   | SCHINDLER ELEVATOR CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | MARGARITA ALMENDARES, | Case No.  3:14-CV-01535 LB |
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW SCHINDLER ELEVATOR CORPORATION'S AND MACY'S WEST STORES, INC.'S CARRIER REPRESENTATIVES TO ATTEND MEDIATION VIA TELEPHONE RATHER THAN PERSONAL APPEARANCE** |
| 13 | v. | |
| 14 | MACY'S WEST STORES, INC., and DOES 1 to 50 inclusive, | |
| 15 | | |
|    | Defendants. | |
| 16 | | |
| 17 | MACY'S WEST STORES, INC., | Complaint filed February 28, 2014 |
|    | | Mediation: October 29, 2014 |
| 18 | Cross-Complainant, | Time:            9:30 a.m. |
|    | | Location:    U.S. District Court, |
| 19 | v. | 450 Golden Gate Avenue, 16th floor, |
|    | | San Francisco, CA 94102 |
| 20 | SCHINDLER ELEVATOR CORPORATION, | |
| 21 | | |
|    | Cross-Defendant. | |
| 22 | | |

**TO THIS HONORABLE COURT, THE PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that it is hereby stipulated by and between the undersigned parties and their counsel of record that the carrier representatives for Defendant/Cross-defendant SCHINDLER ELEVATOR CORPORATION and Defendant/Cross-complainant MACY'S WEST STORES, INC. may attend the October 29, 2014 mediation via telephone rather than by personal appearance.

SEC093/1918834-1

STIPULATION AND ORDER TO ALLOW REPRESENTATIVES TO APPEAR AT MEDIATION VIA TELEPHONE 3:14-CV-01535 LB

1   IT IS SO STIPULATED.

2   Dated: October 14, 2014

6   Dated: October 14, 2014

                                                      STEVEN J. WASSERMAN
                                                      ATTORNEYS FOR PLAINTIFF
                                                      MARGARITA ALMENDARES

                                                      ARCHER NORRIS

                                                      NANDOR B. KRAUSE
                                                      CHAD D. GREESON
                                                      ATTORNEYS FOR DEFENDANT/CROSS-DEFENDANT
                                                      SCHINDLER ELEVATOR CORPORATION

11  Dated: October 14, 2014

                                                      MANNING & KASS
                                                      ELLROD, RAMIREZ, TRESTER LLP

                                                      DAVID ROTH
                                                      MATTHEW NOEL
                                                      ~~CHAD D. GREESON~~
                                                      ATTORNEYS FOR DEFENDANT MACY'S WEST STORES, INC.

## ORDER

**IT IS ORDERED** that the carrier representatives for Defendant/Cross-defendant SCHINDLER ELEVATOR CORPORATION and Defendant/Cross-complainant MACY'S WEST STORES, INC. may attend the October 29, 2014 mediation via telephone rather than personal appearance

Dated: October 16, 2014

                                                        Laurel Beeler
                                           ~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE