David Roth (State Bar No. 194648)
*dvr@manningllp.com*
Matthew Noel (State Bar No. 242172)
*mpn@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants,
MACY'S WEST STORES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGARITA ALMENDARES,<br>Plaintiff,<br>v.<br>MACY'S WEST STORES, INC., and DOES 1 to 20 inclusive,<br>Defendant. | Case No. 3:14-CV-1535-LB<br>**STIPULATION TO REQUEST EXTENSION OF TIME TO COMPLETE MEDIATION**<br>ORDER |

Defendants MACY'S WEST STORES, INC. ("Macy's"), SCHINDLER ELEVATOR CORP. ("Schindler") and plaintiff MARGARITA ALMENDARES ("Almendares") hereby stipulate and request an extension of time to complete the mediation in this matter.

The parties initially scheduled a mediation for October 29, 2014 with Noah Blechman, Esq. However, Almendares has requested to depose the person most qualified from Macy's prior to the mediation. That individual was on leave until recently and the parties have been unable to schedule her deposition in advance of the mediation.

The parties request an extension of the deadline to complete mediation to January 15, 2015. It is so stipulated.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

DATED: October 24, 2014

**ARCHER NORRIS PLC**

By: /s/ CHAD GREESON
Chad Greeson
Attorneys for Defendant,
SCHINDLER ELEVATOR CORP.

DATED: October 24, 2014

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ MATTHEW P. C. NOEL
Matthew Noel
Attorneys for Defendant,
MACY'S WEST STORES, INC.

DATED: October 24, 2014

**LAW OFFICES OF STEVEN J. WASSERMAN**

By: /s/ STEVEN J. WASSERMAN
Steven J. Wasserman
Attorneys for Plaintiff,
MARGARITA ALMENDARES

Dated: October 28, 2014

UNITED STATES DISTRICT COURT
APPROVED
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA